IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCIS PELLEGRINO, | : |
| Plaintiff, | : Civil Action No.: 1:23-cv-1166-LMB-LRV |
| v. | : |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL. | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

Plaintiff Francis Pellegrino ("Plaintiff"), and Defendant TransUnion LLC ("TransUnion"), have reached an agreement in principle on a settlement. Plaintiff and TransUnion are in the process of finalizing the agreement. Once the agreement is fully consummated, counsel for Plaintiff will file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41.

October 27, 2023
Washington, D.C.

Respectfully submitted,

*/s/ Courtney L. Weiner*
Courtney L. Weiner (#19463)
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K Street NW, Suite 300
Phone: (202) 827-9980
cw@courtneyweinerlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 27th day of October, I served the foregoing on all counsel of record via ECF.

*/s/ Courtney L. Weiner*