IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCIS PELLEGRINO, | : |
| Plaintiff, | : Civil Action No.: 1:23-cv-1166-LMB-LRV |
| v. | : |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL. | : |
| Defendants. | : |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Francis Pellegrino, by his undersigned counsel, hereby dismisses all claims against TransUnion LLC, with prejudice, with each party to bear its own costs and attorney's fees.

Dated: November 7, 2023

Respectfully submitted,

LAW OFFICE OF COURTNEY WEINER PLLC

/s/ *Courtney L. Weiner*
Courtney L. Weiner (#96733)
1629 K St., NW, Suite 300
Washington, DC 20006
Telephone: (202) 827-9980
cw@courtneyweinerlaw.com

*Attorney for Plaintiff*

So Ordered

/s/ _____
Leonie M. Brinkema    11/7/23
United States District Judge