IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCIS PELLEGRINO, | : |
| Plaintiff, | : Civil Action No.: 1:23-cv-1166-LMB-LRV |
| v. | : |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL. | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

Plaintiff Francis Pellegrino ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian"), have reached an agreement in principle on a settlement. Plaintiff and Experian are in the process of finalizing the agreement. Once the agreement is fully consummated, counsel for Plaintiff will file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41.

February 29, 2024  
Washington, D.C.

Respectfully submitted,

*/s/ Courtney L. Weiner*  
Courtney L. Weiner (#96733)  
LAW OFFICE OF COURTNEY WEINER PLLC  
1629 K Street NW, Suite 300  
Phone: (202) 827-9980  
cw@courtneyweinerlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of February, 2024, I served the foregoing on all counsel of record via ECF.

*/s/ Courtney L. Weiner*