IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCIS PELLEGRINO, <br><br> Plaintiff, <br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, ET AL. <br><br> Defendants. | Civil Action No.: 1:23-cv-1166-LMB-LRV |

# NOTICE OF SETTLEMENT

Plaintiff Francis Pellegrino ("Plaintiff"), and Defendants Equifax Information Services, LLC and the Pennsylvania Higher Education Assistance Agency, have reached agreements in principle on settlements. The Parties are in the process of finalizing agreements. Once the respective agreements are fully consummated, counsel for Plaintiff will file Stipulations of Dismissal pursuant to Fed. R. Civ. P. 41.

March 18, 2024
Washington, D.C.

Respectfully submitted,

/s/ Courtney L. Weiner
Courtney L. Weiner (#96733)
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K Street NW, Suite 300
Phone: (202) 827-9980
cw@courtneyweinerlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March 2024, I served the foregoing on all counsel of record via ECF.

*/s/ Courtney L. Weiner*