IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCIS PELLEGRINO, | : |
| Plaintiff, | : Civil Action No.: 1:23-cv-1166-LMB-LRV |
| v. | : |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL. | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Experian Information Solutions, Inc. should be DISMISSED with prejudice from the above-referenced case, with each party to bear its own attorneys' fees and costs to the extent not otherwise provided between the parties.

Stipulated to and presented on this 27th day of March, 2024.

By: /s/ Courtney L. Weiner
Courtney L. Weiner (VSB No. 96733)
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 827-9980
Facsimile: (202) 792-7806
Email: cw@courtneyweinerlaw.com

*Counsel for Plaintiff Francis Pellegrino*

By: /s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

Benjamin P. Constine
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

So Ordered

/s/ _____
Leonie M. Brinkema    3/28/24
United States District Judge