IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCIS PELLEGRINO, | : |
| Plaintiff, | : Civil Action No.: 1:23-cv-1166-LMB-LRV |
| v. | : |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL. | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Higher Education Loan Authority of the State of Missouri should be DISMISSED with prejudice from the above-referenced case, with each party to bear its own attorneys' fees and costs to the extent not otherwise provided between the parties.

Stipulated to and presented on this 26th day of April, 2024.

By: /s/ Courtney L. Weiner
Courtney L. Weiner (VSB No. 96733)
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 827-9980
Facsimile: (202) 792-7806
Email: cw@courtneyweinerlaw.com

*Counsel for Plaintiff Francis Pellegrino*

So Ordered

/s/
Leonie M. Brinkema    4/29/24
United States District Judge

/s/ Noah P. Sullivan

Noah P. Sullivan (VSB No. 82698)
GENTRY LOCKE ATTORNEYS
919 E. Main Street, Suite 1130
Richmond, Virginia 23219
Telephone: (804) 956-2069
Facsimile: (540) 983-9400
Email: nsullivan@gentrylocke.com

Matthew D. Guletz (*pro hac vice*)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000
Email: mguletz@thompsoncoburn.com

*Counsel for Defendant Higher Education Loan Authority of the State of Missouri*