IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCIS PELLEGRINO, | : |
| Plaintiff, | : Civil Action No.: 1:23-cv-1166-LMB-LRV |
| v. | : |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL. | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Equifax Information Services, LLC should be DISMISSED with prejudice from the above-referenced case, with each party to bear its own attorneys' fees and costs to the extent not otherwise provided between the parties.

Stipulated to and presented on this 17th day of May, 2024.

By: /s/ Courtney L. Weiner
Courtney L. Weiner (VSB No. 96733)
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 827-9980
Facsimile: (202) 792-7806
Email: cw@courtneyweinerlaw.com

*Counsel for Plaintiff Francis Pellegrino*

/s/ John W. Montgomery, Jr.
John W. Montgomery (VSB #37149)
Traylor, Montgomery & Elliot, P.C.
130 E. Wythe Street
Petersburg VA 23803
(804) 861-1122   Fax (804) 733-6022
jmontgomery@tmande.com

*Counsel for Defendant Equifax Information Services, LLC*

So Ordered

/s/ 
Leonie M. Brinkema
United States District Judge
5/20/24