IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRANCIS PELLEGRINO, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, ET AL. <br><br> Defendants. | Civil Action No.: 1:23-cv-1166-LMB-LRV |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case should be DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs to the extent not otherwise provided between the parties.

Stipulated to and presented on this 21st day of May, 2024.

By: _/s/ Courtney L. Weiner_
Courtney L. Weiner (VSB No. 96733)
LAW OFFICE OF COURTNEY WEINER PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 827-9980
Facsimile: (202) 792-7806
Email: cw@courtneyweinerlaw.com

*Counsel for Plaintiff Francis Pellegrino*

**LOCKE LORD LLP**

_/s/ Mary Stephanie Wickouski_
Mary Stephanie Wickouski (VSB No. 18991) Brookfield Place, 200 Vesey St., 20th Flr. New York, New York 10281-2101
(212) 812-8325
swickouski@lockelord.com
Steven J. Brotman (Pro Hac Vice) 777 S. Flagler Drive – Suite 215 East West Palm Beach, FL 33410
(561) 820-0214
steven.brotman@lockelord.com

*Counsel for Defendant Pennsylvania Higher Education Assistance Agency, Inc.*

So Ordered

/s/
Leonie M. Brinkema
United States District Judge   5/21/24